UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAPTAIN JOHN W. LONIAK,<br><br>　　　　　　Movant,<br><br>vs.<br><br>DEPARTMENT OF DEFENSE,<br><br>　　　　　　Respondent. | Case No.: 3:15-mc-05022-BHS<br><br>MOTION AND ORDER TO STAY REQUEST FOR NON-DISCLOSURE |

COMES NOW the movant, by and through his attorney of record, NICHOLAS GEORGE, who hereby reserves his non-disclosure motion at this time because the Department of Defense has informed him that it is still in the investigation phase of his case.

*Nicholas George*
NICHOLAS GEORGE, WSBA# 20490
Attorney for Movant

MOTION AND ORDER TO STAY REQUEST FOR
NON-DISCLOSURE Page 1

NICHOLAS GEORGE
ATTORNEY AND COUNSELOR AT LAW P.S., INC.
1919 NORTH PEARL STREET, SUITE A2
TACOMA, WASHINGTON 98046
PHONE (253) 272-7181
FAX (253) 759-3442

ORDER TO STAY REQUEST FOR NON-DISCLOSURE

THIS MATTER having come on regularly to be heard before the undersigned judge of the above-mentioned court, and it appearing to the court from the records and files herein; NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Movant's Motion to Stay Request for Non-Disclosure is granted until a similar request is filed in this court.

DONE IN OPEN COURT this ___9___ day of ___July___, 2015.

_____
HONORABLE JUDGE,

MOTION AND ORDER TO STAY REQUEST FOR
NON-DISCLOSURE Page 2

NICHOLAS GEORGE
ATTORNEY AND COUNSELOR AT LAW P.S., INC.
1919 NORTH PEARL STREET, SUITE A2
TACOMA, WASHINGTON 98046
PHONE (253) 272-7181
FAX (253)759-3442